UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY ATWATER,

Petitioner,

v.

WARDEN TIMOTHY TAYLOR, *et al.*,

Respondents.

Case No. 1:26-cv-05508-JLT-CDB (HC)

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO FILE OBJECTIONS TO THE SEPTEMBER 18, 2026, FINDINGS AND RECOMMENDATIONS

(Doc. 7)

**October 23, 2026, Deadline**

Petitioner Gregory Atwater ("Petitioner") is a federal prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed the instant habeas petition on July 16, 2026, while in custody of the Bureau of Prisons ("BOP") at the Federal Correctional Institution, Mendota ("FCI-Mendota"). (Doc. 1).

On September 18, 2026, the undersigned issued findings and recommendations to dismiss the petition for lack of subject matter jurisdiction. (Doc. 6). Petitioner was directed to file objections within 14 days of service of the findings and recommendations (*e.g.*, no later than October 7, 2026). *Id.* at 5.

Pending before the Court is Petitioner's motion for a seven (7) day extension of time to file objections to the findings and recommendations, filed on October 5, 2026. (Doc. 7). In the motion, Petitioner declares that he received the findings and recommendations on September 28, 2026, and because of the institution's delay in forwarding Petitioner's legal mail in a timely manner, he is unable

to meet the current deadline to file his written objections. *Id.* at 1. Petitioner further declares that he has previously filed an inmate complaint regarding the delay receiving his legal mail which he represents continues to be an ongoing issue. *Id.*

Based on Petitioner's representation and timely request, the undersigned finds good cause to grant the requested extension *nunc pro tunc*.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time (Doc. 7) is GRANTED.

Petitioner shall file by **October 23, 2026,** any objections to the pending findings and recommendations (Doc. 6).

IT IS SO ORDERED.

Dated: **October 8, 2026**

UNITED STATES MAGISTRATE JUDGE